IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE THE APPLICATION OF AMGEN INC. | Misc. Case. No. _____ |

**AMGEN INC'S MOTION FOR LEAVE TO FILE ITS MEMORANDUM OF LAW IN SUPPORT OF ITS *EX PARTE* APPLICATION PURSUANT TO 28 U.S.C. § 1782 FOR AN ORDER COMPELLING DISCOVERY FOR USE IN A FOREIGN PROCEEDING AND THE SUPPORTING DECLARATION OF BRIAN P. EGAN UNDER SEAL**

Petitioner Amgen Inc. ("Amgen"), by its undersigned attorneys, hereby seeks leave to file its Memorandum of Law in Support of its *Ex Parte* Application Pursuant to 28 U.S.C. § 1782 for an Order Compelling Discovery for Use in a Foreign Proceeding (the "Memorandum") and supporting declaration of Brian P. Egan (the "Egan Declaration") under seal.

In support of this Motion, Amgen states as follows:

1. This is Amgen's second Application pursuant to 28 U.S.C. § 1782 seeking discovery from Sandoz Inc. ("Sandoz") for use in contemplated preliminary injunction proceedings in Austria and Slovenia.

2. The Court granted Amgen's first Application (23-mc-258, D.I. 33-34) on September 26, 2023.

3. On November 17, 2023, Amgen moved to compel Sandoz to produce documents responsive to the first Application (23-mc-258, D.I. 42). The motion was fully briefed on November 28, 2023 (23-mc-258, D.I. 45).

4. To resolve the dispute, the parties entered into a stipulation regarding Sandoz's production obligations in response to Amgen's First Application (23-mc-258, D.I. 49). Sandoz

designated certain information in the stipulation as confidential among the parties and the stipulation was therefore filed under seal per Sandoz's designations.

5. The parties agreed that should Amgen use the stipulation in future filings, it would be filed under seal and that Amgen would apply Sandoz's redactions to any publicly filed versions of the stipulation consistent with the publicly filed version at D.I. 51 in the first Application (23-mc-258).

6. A true and correct copy of the unredacted stipulation is attached to the Egan Declaration as Exhibit 21.

7. True and correct copies of email correspondence negotiating and/or discussing the stipulation are attached to the Egan Declaration as Exhibits 2 and 3.

8. The stipulation and related email correspondence, including the portions Sandoz designated as confidential among the parties, are discussed in detail in the Memorandum.

9. Amgen therefore seeks leave to file its Memorandum and the Egan Declaration and exhibits thereto under seal.

10. Although the public has a "common law right of access to judicial proceedings and records," this right "is not absolute." *Littlejohn v. Bic Corp.,* 851 F.2d 673, 677-78 (3d Cir. 1988). Courts may use their "inherent supervisory power . . . [to] deny access to judicial records, for example, where they are sources of business information that might harm a litigant's competitive standing." *Id.* at 678; *see also Leucadia, Inc. v. Applied Extrusion Techs., Inc.*, 998 F.2d 157, 166 (3d Cir. 1993) ("Documents containing trade secrets or other confidential business information may be protected from disclosure."). The "presumption of access must be balanced against the factors militating against access," with the party seeking to redact bearing the burden of "show[ing]

that the interest in secrecy outweighs the presumption." *In re Cendent Corp.*, 260 F.3d 183, 194 (3d Cir. 2001).

11. Counsel for Amgen will consult with counsel for Sandoz concerning redactions to the Memorandum and Egan Declaration and will file a public version of those documents with Sandoz's requested redactions within seven days of this motion being granted.

WHEREFORE, for the foregoing reasons, Amgen respectfully requests leave to file its Memorandum and Egan Declaration and exhibits thereto in this matter under seal. A proposed Order is attached.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Applicant Amgen Inc.*

January 17, 2024