IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE THE APPLICATION OF AMGEN INC. | )<br>)<br>)<br>)<br>)<br>)<br>) | Misc. Case. No. _____ |

**[PROPOSED] ORDER**

This _____ day of _____, 2024, Petitioner Amgen Inc. having moved for leave

to file its Memorandum of Law in Support of its *Ex Parte* Application Pursuant to 28 U.S.C. § 1782

for an Order Compelling Discovery for Use in a Foreign Proceeding (the "Memorandum") and

supporting declaration of Brian P. Egan (the "Egan Declaration") under seal, and the Court having

determined that good cause exists for the requested relief; now therefore,

IT IS HEREBY ORDERED that Amgen's motion is GRANTED.

IT IS FURTHER HEREBY ORDERED that Amgen shall file a public version of the

materials filed under seal, which redacts any confidential information, within seven days of this

Order.

_____
United States District Judge