IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE THE APPLICATION OF AMGEN INC. | Misc. Case. No. _____ |

**SECOND *EX PARTE* APPLICATION PURSUANT TO 28 U.S.C. § 1782 FOR AN ORDER AUTHORIZING DISCOVERY FOR USE IN A FOREIGN PROCEEDING**

Applicant Amgen Inc. ("Amgen") respectfully requests an order in the form of the attached [Proposed] Order permitting Amgen to obtain additional discovery pursuant to 28 U.S.C. § 1782 from Sandoz Inc. in connection with contemplated preliminary injunction proceedings against Sandoz GmbH in the Commercial Court Vienna, Austria and Lek Pharmaceuticals d.d. in the District Court of Ljubljana, Slovenia.  The Court previously granted Amgen's first *Ex Parte* Application Pursuant to 28 U.S.C. § 1782 for an Order Authorizing Discovery for Use in a Foreign Proceeding, which also sought discovery from Sandoz Inc. in connection with the same contemplated preliminary injunction proceedings against Sandoz GmbH and Lek Pharmaceuticals d.d. *See In re: Application of Amgen Inc.*, 23-mc-258, D.I. 33-34 (D. Del. Sept. 26, 2023).  The grounds for this Second Application are set forth in Amgen's Memorandum of Law in Support of its Second *Ex Parte* Application Pursuant to 28 U.S.C. § 1782 and the supporting Declarations of Helena Butolen, Dominik Göbel, and Brian P. Egan filed contemporaneously herewith.

- 2 -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Applicant Amgen Inc.*

January 17, 2024