# RETURN OF SERVICE

UNITED STATES DISTRICT COURT FOR THE OF DISTRICT OF DELAWARE

**CASE NO:**

**SERVED:** SANDOZ INC

**DOCUMENTS:** Miscellaneous Case - Motion for Leave to File Under Seal and Second Ex Parte Application Pursuant to 28 U.S.C. § 1782 for an Order Compelling Discovery for Use in a Foreign Proceeding: IN RE THE APPLICATION OF AMGEN INC.. Filing fee $ 52, receipt number ADEDC-4316237.. (Attachments: # (1) Second Application and Proposed Order, # (2) Declaration of Dominik Gobel in Support of Application Pursuant to 28 U.S.C. § 1782, # (3) Exs. A-F to Declaration of Dominik Gobel, # (4) Declaration of Helena Butolen in Support of Application Pursuant to 28 U.S.C. § 1782, # (5) Exs. A-E to Declaration of Helena Butolen, # (6) 7.1 Corporate Disclosure Statement, # (7) Civil Cover Sheet)(Egan, Brian)

**ADDRESS:** C/O CORPORATION SERVICE CO. 251 LITTLE FALLS DR. WILMINGTON, DE 19808

**DATE:** 1/17/2024

## MANNER OF SERVICE

☒ **PERSONAL:** ACCEPTED BY: LYNANNE GARES (MANAGING AGENT)

☐ **SUBSTITUTE:**

☐ **NO SERVICE:**

GILBERT DEL VALLE

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON   1/17/2024

NOTARY PUBLIC
KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on ... 26, 2026

*BRANDYWINE PROCESS SERVERS, LTD  PO BOX 1360  WILMINGTON, DE 19899*