

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

January 30, 2024

**BY CM/ECF & HAND DELIVERY**
The Honorable Christopher J. Burke
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re: *In Re the Application of Amgen Inc.*, Case No. 24-059-CFC-CJB

Dear Judge Burke:

Sandoz Inc. ("Sandoz") writes to notify the court that it intends to respond to and oppose petitioner Amgen Inc's ("Amgen") *Ex Parte* Application Pursuant to 28 U.S.C. § 1782 for an Order Authorizing Discovery for Use in a Foreign Proceeding (D.I. 2). Sandoz and Amgen are in communication and working to reach agreement on a briefing schedule. The present § 1782 action is a follow-on to Amgen's earlier § 1782 action *In Re the Application of Amgen Inc.*, Case No. 23-258-CFC-CJB. The present § 1782 action seeks additional discovery that Amgen withdrew in its earlier § 1782 action.

Respectfully submitted,

*/s/ Andrew E. Russell*

Andrew E. Russell (No. 5382)

cc: Clerk of Court (by CM/ECF & Hand Delivery)
All Counsel of Record (by CM/ECF & Email)