IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE THE APPLICATION OF AMGEN INC. | Misc. Case No. 23-mc-258 (CFC) (CJB) |
| IN RE: SANDOZ INC. | C.A. No. 24-059 (CJB) |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Alania M. Whitt to represent Applicant Amgen Inc. in these matters.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Applicant Amgen Inc.*

June 20, 2024

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Alania M. Whitt is granted.

Dated: _____    _____
                                  United States Magistrate Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/24, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: June 20, 2024            /s/ Alaina M. Whitt
                               Alaina M. Whitt
                               AMGEN INC.
                               One Amgen Center Drive
                               Thousand Oaks, CA  91320-1789
                               (805) 447-1000

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 20, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>1105 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Respondent Sandoz, Inc.* | *VIA ELECTRONIC MAIL* |
| Erik J. Olson, Esquire<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br>*Attorneys for Respondent Sandoz, Inc.* | *VIA ELECTRONIC MAIL* |
| Eric P. Berger, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>*Attorneys for Respondent Sandoz, Inc.* | *VIA ELECTRONIC MAIL* |
| Aaron G. Fountain, Esquire<br>MORRISON & FOERSTER LLP<br>701 Brazos Street, Suite 1100<br>Austin, TX 78701<br>*Attorneys for Respondent Sandoz, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

_____
Brian P. Egan (#6227)